UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 MOHAMAD ALI FAWAZ,

Defendant.
_____/



JUDGE : O'Meara, John Corbett
DECK : Det/AA Judge Crim Deck
DATE : 05/02/2005 @ 16:09:03
CASE NUMBER : 5:05CR90014
INFO USA V. ALI FAWAZ (KC)

VIO. 8 U.S.C. § 1325(c)

Magistrate Judge Steven D. Pepe

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE: (Marriage Fraud – 8 U.S.C. § 1325)

D-1 MOHAMAD ALI FAWAZ

On or about May 25, 2002, within the Eastern District of Michigan, Southern Division, MOHAMAD ALI FAWAZ, defendant herein, a native and citizen of Lebanon, knowingly entered into a marriage with Amal Hussein Fawaz, a United States citizen, for the purpose of evading provisions of the U.S. immigration laws

pertaining to the issuance of visas and residence status to aliens, in violation of Title 8, United States Code, Section 1325(c).

STEPHEN J. MURPHY
United States Attorney

KENNETH R. CHADWELL
Assistant United States Attorney

BARBARA L. MCQUADE
Assistant United States Attorney

Dated: May 2, 2005

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>~~05-80384~~<br>05-90014 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

JUDGE JOHN CORBETT O'MEARA

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | Judge Assigned: |
| ☐ Yes     ☒ No | AUSA's Initials: KRC |

Case Title: USA v. MOHAMAD ALI FAWAZ

Magistrate Judge Steven D. Pepe

County where offense occurred : WAYNE

Check One:     X Felony          ☐ Misdemeanor          ☐ Petty

　　　____Indictment/____Information --- **no prior complaint.**
　　　____Indictment/_X_Information --- based upon prior complaint [Case number: 05-80384]
　　　____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below].*

**Superseding Case Information:**

Superseding to Case No: _____     Judge: _____

☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                          **Charges**

FILED '05 MAY -2 P 4:16 U.S. DISTRICT COURT E. DISTRICT MICH.

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

May 2, 2005
　　Date

KENNETH R. CHADWELL
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9698
Fax: (313) 226-4679
E-Mail address:  Ken.Chadwell@usdoj.gov

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04