Judgment-Page 1 of 1

# United States District Court
## Eastern District of Michigan

| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| MOHAMAD FAWAZ | Case Number: 05CR90014-1 |
| | USM Number: |
| | |
| | Defendant's Attorney |

**THE DEFENDANT:**

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1325(c) | Fraudulent Marriage | 5/25/02 | 1 |

The defendant is sentenced as provided in pages 1 through 1 of this judgment. This sentence is imposed pursuant of the Sentencing Reform Act of 1984

The defendant has been found not guilty on count(s): 1 after a plea of not guilty.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/9/05
Date of Imposition of Judgment

John Corbett OMeara
United States District Judge

8/16/05
Date Signed

FILED
AUG 16 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI